UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:   Laurie Kall

Case No.:   **22-14357-SLM**

Chapter:   **7**

Judge:   **Stacey L. Meisel**

---

**NOTICE OF PROPOSED ABANDONMENT**

---

Benjamin A. Stanziale, Jr., Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on August 9, 2022, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3A. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

**Description and value of Property: Vacant lot on Nuangole Road, Slocum, Pennsylvania**

**Current Market Value of Property: $4,350.00**
**Estimated Cost of Sale: $435.00**

**Liens on property:**

**Amount of equity claimed as exempt: $4,350.00**

Objections must be served on, and requests for additional information directed to:

Name:   Benjamin A. Stanziale, Jr., Trustee

Address:   2839 Route 10, Suite 102, Morris Plains, New Jersey 07950

Telephone No.: (973) 731-9393

United States Bankruptcy Court

District of New Jersey

In re:  
Laurie A. Kall  
    Debtor

Case No. 22-14357-SLM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Jul 05, 2022      Form ID: pdf905      Total Noticed: 13

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Laurie A. Kall, 549 Harrison Street, Rahway, NJ 07065-3507 |
| 519627227 | + | Polova Services, Inc & Denae Dalia, 14 Emerald Lane, Old Bridge, NJ 08857-3301 |
| 519627229 | + | Ragan & Ragan, PC, 3100 Rt 138 W, Brinley Plaza, Bldg One, Wall, NJ 07719-9020 |
| 519627231 | + | Sonya Sumner, Esq, 372 Andover Place, Robbinsville, NJ 08691-3441 |
| 519627232 | + | Tsarouhis Law Group, LLC, Daniel S Harris, Esq, 21 S 9th St, Allentown, PA 18102-4861 |
| 519627234 | + | VW Credit, PO Box 5215, Carol Stream, IL 60197-5215 |
| 519627233 | | Volkswagen Credit, PO Box 94026, Palatine, IL 60094-4026 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 05 2022 22:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 05 2022 22:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jul 05 2022 22:09:41 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519627228 | | Email/Text: signed.order@pfwattorneys.com | Jul 05 2022 22:07:00 | Pressler and Pressler, L.L.P., 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519627230 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 05 2022 22:08:00 | Select Portfolio Servicing, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 519628452 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 05 2022 22:09:39 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 05, 2022 | Form ID: pdf905 | Total Noticed: 13

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 07, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin A. Stanziale, Jr. | on behalf of Trustee Benjamin A. Stanziale Jr. trustee@stanzialelaw.com, nj45@ecfcbis.com |
| Benjamin A. Stanziale, Jr. | trustee@stanzialelaw.com nj45@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon f/k/a, the Bank of New York as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2004-15 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Natalee Picillo | on behalf of Debtor Laurie A. Kall picillopicillo@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5