Form loccrtno – loccrtnov27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  22−14357−SLM
    Chapter:  7
    Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Laurie A. Kall
   549 Harrison Street
   Rahway, NJ 07065

Social Security No.:
   xxx−xx−0265

Employer's Tax I.D. No.:

---

**CERTIFICATION OF NO OBJECTION**

    I  William Healy , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

Vacant lot on Nuangole Road, Slocum, Pennsylvania.


Dated: August 3, 2022
JAN: wdh

                                                        Jeanne Naughton
                                                        Clerk